FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP -7 AM 10: 59

~~THOMAS M. GOULD~~
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

                                                CR. NO. 04-20448-B

DANIEL CURRY,

    Defendant.

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

---

This cause came on for a report date on August 29, 2005. At that time counsel for the defendant requested a continuance of the September 6, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to November 7, 2005 with a **report date of Monday, October 31, 2005, at 9:30 a.m.**, in <u>Courtroom 1, 11th Floor</u> of the Federal Building, Memphis, TN.

The period from September 16, 2005 through November 18, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 6th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE


9-8-05


111

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 111 in case 2:04-CR-20448 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT