FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC 19 PM 12: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | ) ) ) | |
| | ) | |
| VS. | ) | CR. NO. 2:04-20448-04-B |
| | ) | |
| DANIEL J. CURRY,<br>    Defendant. | ) ) ) ) | |

---

## ORDER ON CHANGE OF PLEA
## AND SETTING

---

This cause came on to be heard on December 19, 2005, the United States Attorney for this district, Tony Arvin, appearing for the Government and the defendant, Daniel Curry, appearing in person and with counsel, Michael Scholl, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **WEDNESDAY, MARCH 29, 2006, at 9:00 a.m., before Judge J. Daniel Breen.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 19 day of December, 2005.

**J. DANIEL BREEN
UNITED STATES DISTRICT COURT**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-20-05

145

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 145 in case 2:04-CR-20448 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT